IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JAVON JOHNSON, ) | |
| ) | Civil Action No. 20-981 |
| Petitioner, ) | |
| ) | |
| v. ) | District Judge Arthur J. Schwab |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| THOMAS MCGINLEY, *District* ) | |
| *Attorney of Allegheny County*, ) | |
| WARDEN, SCI COAL TOWNSHIP, ) | |
| and ATTORNEY GENERAL OF THE ) | |
| STATE OF PENNSYLVANIA, ) | |
| ) | |
| Respondents. ) | |

## **ORDER OF COURT**

On June 30, 2020, Petitioner Dana Javon Johnson's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus ("Petition for Writ of Habeas Corpus") was lodged. (Doc. 1). This matter was referred to United States Magistrate Judge Lisa Pupo Lenihan ("Magistrate Judge Lenihan") for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

On August 7, 2020, once Petitioner paid his $5.00 filing fee, the Petition for Writ of Habeas Corpus was filed. (Doc. 2).

On March 8, 2022, Magistrate Judge Lenihan filed a Report and Recommendation, recommending that the Petition for Writ of Habeas Corpus be denied, and that a certificate of appealability be denied. (Doc. 23).

Petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. (*Id*.). Petitioner requested, and was

subsequently granted an extension of time in which to file objections. (Doc. 25). On April 19, 2022, Petitioner timely filed Objections to the Report and Recommendation. (Doc. 26).

After *de novo* review of the Record in this matter, Magistrate Judge Lenihan's Report and Recommendation, and Petitioner's Objections thereto, said Objections which the Court finds are meritless, it is hereby ORDERED that the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 2) is DENIED.

It is further hereby ORDERED that no certificate of appealability is issued.

It is further hereby ORDERED that Magistrate Judge Lenihan's Report and Recommendation (Doc. 23) is adopted as the Opinion of the Court.

The Clerk of Court is to mark this matter CLOSED.

SO ORDERED, this 27th day of April, 2022.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc:   U.S. Magistrate Judge Lisa Pupo Lenihan

   Dana Javon Johnson
   LE-7859
   SCI Phoenix
   1200 Mokychic Drive
   Collegeville, PA 19426

   All ECF Registered Counsel of Record